LYNN S. CARMAN (State Bar No. 28860)
**MEDICAID DEFENSE FUND**
404 San Anselmo Ave.
San Anselmo, CA 94960
Telephone: (415) 927-4023
Facsimile: (415) 256-9632

STANLEY L. FRIEDMAN (State Bar No. 120551)
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071-1631
Telephone: (213) 629-1500
Facsimile: (213) 232-4071
E-Mail: friedman@friedmanlaw.org

Attorneys for Plaintiff
California Association for Health Services at Home,
a California Nonprofit Corporation

```
                    FILED
           CLERK, U.S. DISTRICT COURT

                  May 4, 2015

         CENTRAL DISTRICT OF CALIFORNIA
         BY:         PG          DEPUTY
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA ASSOCIATION FOR HEALTH SERVICES AT HOME, a California non Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA SHEWRY, Director of Department of Health Care Services of the State of California, et al., and DOES 1 through 50,<br><br>Defendants.<br>_____ | Case No. CV 08-7045-CAS (MAN)<br><br>**[PROPOSED] ORDER ON STIPULATION**<br><br>[Before The Honorable Christina A. Snyder] |

1  Having considered the stipulation for an Order of Dismissal With
2  Prejudice, good cause appearing therefor,
3  IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil
4  Procedure 41(a)(1), Case No. CV 08-7045 is hereby dismissed with prejudice.
5
6  DATED:  May 4, 2015

_____
The Honorable Christina A. Snyder
United States District Court Judge

Respectfully Submitted By:

/s/ Stanley L. Friedman
Attorney for Plaintiff
California Association for Health Services at Home,
a California Nonprofit Corporation

2
[Proposed] Order